UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>Petitioner,<br><br>v.<br><br>JARED LOZANO, Warden,<br><br>Respondent. | No. 2:19-cv-01554 MCE GGH P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus. On September 24, 2019, petitioner filed a motion to compel discovery. ECF No. 15. After reviewing the motion, it appears instead, that petitioner is seeking to expand the record pursuant to Rule 7 of the Rules Governing Habeas Cases and Rule 6(b) of the Federal Rules of Civil Procedure. Petitioner is seeking to include as a part of the state record "confidential documents" and related documents that were used to deny his parole. ECF No. 15 at 1-3. Petitioner's motion is premature. Respondent has been ordered to file all documents relevant to a decision in the instant proceeding by November 9, 2019. Petitioner's motion is DENIED without prejudice to its renewal following service of respondent's answer and accompanying documents.

Dated: October 15, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1