IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD YOUNG,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**JARED LOZANO, Warden,**<br><br>　　　　　　　Respondent. | Case No. 2:19-cv-01554-MCE-GGH (HC)<br><br>**[PROPOSED]** ORDER |

Respondent's first request for an extension of time to file an Answer to the Petition for a Writ of Habeas Corpus was considered by the Court. Good cause appearing, Respondent's request is granted.

**IT IS HEREBY ORDERED** that Respondent shall file an Answer by May 24, 2020.

Dated: April 14, 2020

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1